UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH KNEPPAR, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC. f/k/a THE ANTHEM COMPANIES, INC.,<br><br>        Defendant. | Case Action No.  8:23-cv-00863-TDC<br><br>Complaint Filed:     March 29, 2023<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR COURT-AUTHORIZED NOTICE UNDER THE FLSA**

      The above-captioned matter is before the Court on Plaintiff's Motion for Court-Authorized Notice Under the FLSA. Defendant has filed an opposition to Plaintiff's Motion. The Court, having considered the arguments and evidence submitted herein, hereby GRANTS Defendant's Response in Opposition to Plaintiff's Motion in its entirety.

      Plaintiff's Motion for Court-Authorized Notice Under the FLSA is denied. IT IS ORDERED that Plaintiff proceed with respect to Plaintiff's claims only.

DATED:_____             _____
                                                          Theodore D. Chuang
                                                          United States District Judge