UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| LEAH KNEPPAR, on behalf of herself and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>THE ELEVANCE HEALTH COMPANIES, INC. f/k/a THE ANTHEM COMPANIES, INC.,<br><br>   Defendant. | Case No. 8:23-cv-00863-MJM |

## [PROPOSED] ORDER

  Before the Court is Defendants' Motion to Decertify the Conditionally Certified Collective. It is hereby

  ORDERED AND ADJUDGED that the Defendants' Motion to Decertify the Conditionally Collective is GRANTED.

  **IT IS SO ORDERED** this ___ day of _____, 2025.

                _____
                Hon. Matthew J. Maddox
                United States Magistrate Judge
                District of Maryland